140

 ROBERT GILLESPIE AND GEORGE MOFFAT, SURVIVING EXECUTORS, ETC., OF RICHARD PATTINSON, DECEASED, *versus* WILLIAM JONES, ADMINISTRATOR, ETC., OF ALEXANDER HARROW, DECEASED, JOHN HARROW, GEORGE HARROW, MARY GRUMMOND, STEPHEN B. GRUMMOND, CATHARINE DUNLOP, JAMES DUNLOP, CATHERINE HARROW, PETER F. BRAKEMAN, PETER F. VERHOEFF, AND GEORGE JASPERSON. 

JOURNAL ENTRIES (1834–36): *Journal 5:* (1) Appearance; rule to plead, answer, or demur *p. 50; (2) exceptions to answers referred to master *p. 137.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) writ of subpoena and affidavit of non-residence; (5) answer; (6) exceptions to answer; (7) supplemental bill; (8) motion for reference of exceptions to master; (9) motion for rule to answer; (10) answer; (11) stipulation for reference to take testimony; (12) answer to exceptions; (13) plea to supplemental bill; (14) motion to require election of court in which to proceed.

*Chancery Case 167 of 1833.*

 JAMES B. STEWARD *versus* BENIAH JONES, JR., STILMAN BLANCHARD, AND JAMES D. VAN HOEVENBERGH. 

JOURNAL ENTRIES (1834–36): *Journal 5:* (1) Rule to plead, answer, or demur *p. 50; (2) motion to take bill as confessed and for reference to master *p. 70; (3) referred to master to take testimony *p. 91; (4) continued under rule of reference *p. 99; (5) referred to special commissioner to take testimony *p. 124; (6) continued under rule of reference *p. 136.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3–4) writs of subpoena and returns; (5) answer of Stilman Blanchard; (6) answer of James D. Van Hoevenbergh; (7) replication to answers of Stilman Blanchard and James D. Van Hoevenbergh; (8) motion to take bill as confessed and for reference to take testimony; (9) motion to strike rule to take testimony and for reference to master; (10–11) motions to dismiss for want of prosecution.

*Chancery Case 176 of 1834.*